UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
CHRISTOPHER JASON TOOTLE  
MICHELLE ELIZABETH TOOTLE  
        Debtors.  
_____/

Case No: 6:15-bk-  
Chapter 13

## Chapter 13 Plan

COMES NOW, the Debtor and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

**Payment Number by months**           **Amount of Monthly Plan payment**

**1–60 ( April 11, 2015 – April 11, 2020)**     $3,250.00

The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Robert B. Branson | 6,000 | 100 | 1-60 |
| Robert B. Branson (monitor fee) | 2,700 | 50 | 6-60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Claims:**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America | $457,914 | $1,460.85 | 1-60* |

*Debtors applying for a mortgage modification and payment represents 31% of Debtor(s)' gross income of $5035 (debtor is not electing to use her child support to qualify) less monthly association fee of $100=1,460.85.

| | | | |
|---|---|---|---|
| Ally Financial | $33,133 | $629.06 @ 5.25% | 1-60 |
| BMW Financial | $61,000 | $685 (contractual) | 1-60 |

**Secured Arrearage:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

To be capitalized in mortgage modification for first mortgage

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Property to Be Surrendered:**
**Creditor Name:**                              **Property Address:**

**Valuation of Security:**

| Name of Creditor | Collateral Value | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Executory Contracts: (The following Executory Contracts are assumed)**
**Name of Creditor:**        **Description of Collateral:**        **Month Numbers**:

**The following Executory Contracts are rejected**:
**Name of Creditor:**                              **Description of Collateral:**

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: _____%**

/s/ Robert B. Branson

_____

Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559